

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MRM
F. #2016R01473

*610 Federal Plaza*
*Central Islip, New York 11722*

April 14, 2020

By E-mail

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1030 Federal Plaza
Central Islip, NY 11722

   Re: United States v. Dylan Cruz, et al.
      Criminal Docket No. 18-664 (S-1) (JS)

Dear Judge Seybert:

  The government respectfully moves for an order unsealing the above-captioned matter.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

       By: /s/
         Michael R. Maffei
         Assistant U.S. Attorney
         (631) 715-7890

Enclosure

MRM
F.# 2016R01473

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DYLAN CRUZ, et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

P R O P O S E D   O R D E R

CR 18-664 (S-1) (JS)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Michael R. Maffei, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Central Islip, New York
         April 14, 2020

_____
HONORABLE JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK