MRM
F.# 2016R01473

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -

DYLAN CRUZ, et al.,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

CR 18-664 (S-1) (JS)

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Michael R. Maffei, for an order unsealing the above-captioned matter in its entirety.

      WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Central Islip, New York
        April 14, 2020

          /S/ Joanna Seybert
        HONORABLE JOANNA SEYBERT
        UNITED STATES DISTRICT JUDGE
        EASTERN DISTRICT OF NEW YORK