CLOSED

# U.S. District Court
## Eastern District of California - Live System (Sacramento)
## CRIMINAL DOCKET FOR CASE #: 2:20-mj-00068-KJN All Defendants

| | |
|---|---|
| Case title: USA v. Gude | Date Filed: 04/13/2020 |
| Other court case number: 2:18-cr-00064-JS Eastern District of New York | Date Terminated: 04/16/2020 |

Assigned to: Magistrate Judge Kendall J. Newman

**Defendant (1)**

| | | |
|---|---|---|
| **Christopher Gude**<br>*TERMINATED: 04/16/2020* | represented by | **Hannah Rose Labaree**<br>Federal Public Defender's Office<br>801 I St.<br>3rd Floor<br>Sacramento, CA 95814<br>916-498-5706 Ext. 228<br>Email: hannah_labaree@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5(c)(3) | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Michael W. Redding , GOVT**<br>United States Attorney's Office<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>916-554-2716<br>Email: michael.redding@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/13/2020 | | RULE 5(c)(3) ARREST from Eastern District of New York. Case 2:18-cr-00664-JS as to Christopher Gude (1). (Waldrop, A) (Entered: 04/13/2020) |
| 04/14/2020 | 1 | MINUTE ORDER (TEXT ONLY) issued by Courtroom Deputy for Magistrate Judge Kendall J. Newman on 4/14/2020: CASE UNSEALED as to Christopher Gude per authorization of AUSA Redding and Eastern District of New York USAO. (TEXT ONLY ENTRY) (Waldrop, A) (Entered: 04/14/2020) |
| 04/14/2020 | 2 | MINUTE ORDER (TEXT ONLY) issued by Courtroom Deputy for Magistrate Judge Kendall J. Newman on 4/14/2020: The 4/14/2020 Initial Appearance is VACATED. (Waldrop, A) (Entered: 04/14/2020) |
| 04/16/2020 | 3 | MINUTES (Text Only) for proceedings held telephonically before Magistrate Judge Kendall J. Newman: INITIAL APPEARANCE in RULE 5(c)(3) PROCEEDINGS as to Christopher Gude held on 4/16/2020. Government, defense counsel, and defendant present and all appearing by phone. Defendant acknowledged and agreed to phone appearance due to health situation associated with COVID-19. Defendant waived physical appearance. Office of the Federal Defense appointed for defendant. Defendant advised rights and pending charges. Waived formal reading of the Eastern District of New York Indictment. Defendant waived identity hearing under Rule 5 and Preliminary Hearing. Government moved for detention. Defense submitted. The Court ORDERED the defendant detained without prejudice on the basis of flight risk and danger to the community and transported forthwith to the Eastern District of New York. Government Counsel: Michael Redding present. Defense Counsel: Hannah Labaree present. Custody Status: In Custody. Court Reporter: Jonathan Anderson (ECRO and appearing by telephone). (Waldrop, A) (Entered: 04/16/2020) |
| 04/16/2020 | 4 | DETENTION ORDER signed by Magistrate Judge Kendall J. Newman on 4/16/2020 as to Christopher Gude. (Becknal, R) (Entered: 04/16/2020) |
| 04/16/2020 | 5 | COMMITMENT to ANOTHER DISTRICT signed by Magistrate Judge Kendall J. Newman on 4/16/2020 as to Christopher Gude. Defendant committed to District of Eastern District of New York. (Becknal, R) (Entered: 04/16/2020) |
| 04/16/2020 | 6 | TRANSMITTAL of DOCUMENTS re 5 Commitment to Another District on *4/16/2020* to * Eastern District of New York* *225 Cadman Plaza E* *Brooklyn, NY 11201*. **<br>*Electronic Documents: 1 to 5 * (Becknal, R) (Entered: 04/16/2020) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 06/03/2020 08:00:32 |||
| **PACER Login:** ud081519:3426153:0 | **Client Code:** | |
| **Description:** Docket Report | **Search Criteria:** | 2:20-mj-00068-KJN |
| **Billable Pages:** 2 | **Cost:** | 0.20 |