O AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

Eastern District of California

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
|---|---|
| V. | DISTRICT |
| CHRISTOPHER GUDE | Case No. 2:20-mj-00068-KJN |

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of California | 2:18-cr-00664-JS | 2:20-mj-00068-KJN | Eastern District of NY |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

   X   Indictment         Information         Complaint      Other (Explain)

**charging a violation of**     18    **U.S.C.**    1959(a)(1)

**DISTRICT OF OFFENSE**   Eastern District of New York

**DESCRIPTION OF CHARGES:**
Murder

**CURRENT BOND STATUS:**
     Bail fixed at $       and conditions were not met
     Government moved for detention and defendant detained after hearing in District of Arrest
     Government moved for detention and defendant detained pending detention hearing in District of Offense
     Other (specify)

**Representation**       Retained Own Counsel   X Federal Defender Organization     CJA Attorney     None

**Interpreter Required?**      No     Yes    Language:       

**DISTRICT OF**   CALIFORNIA

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

| 4/16/2020 | /s/ Kendall J. Newman |
|---|---|
| Date | United States Magistrate Judge |

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |