**CRIMINAL CAUSE FOR ARRAIGNMENT**

BEFORE: SEYBERT,J.    DATE: 06/ 8/2020    TIME: 10:30

DOCKET NUMBER: CR 18-664    TITLE: USA-V-CRUZ

DEFT NAME: CHRISTOPHER GUDE                        DEFT: #2
    **X** PRESENT    ___ NOT PRESENT   **X** IN CUSTODY    ___ ON BAIL

    ATTY. FOR DEFT.: JOHN RODRIGUEZ                 C.J.A.
              **X** PRESENT    ___ NOT PRESENT      **X** RET
                                        FED. DEF. OF NY, INC.

A.U.S.A. MICHAEL MAFFEI                  DEPUTY CLERK: CHARLES BARAN

COURT REPORTER: ___ M. FOLEY    ___ F. GUERINO
___ P. LOMBARDI    ___ M. STEIGER    **X** D. TURSI    ___ O. WICKER

**X**   CASE CALLED; COUNSEL FOR ALL SIDES PRESENT BY VIDEO.

**X**   FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE: _____

**X**   DEFT. ARRAIGNED, WAIVES READING OF THE SUPERSEDING INDICTMENT, AND ENTERS A NOT GUILTY PLEA TO THE CHARGES.

**X**   CASE ADJOURNED TO 8/ 5/2020 AT 12:00 N FOR STATUS CONFERENCE.

___   BAIL CONTINUED FOR DEFT.

**X**   DEFT. CONTINUED IN CUSTODY; ORDER OF DETENTION ISSUED.

___   BAIL SET AT _____

**X**   SPEEDY TRIAL TIME EXCLUDED THROUGH  8/ 5/2020  DUE TO  DISCOVERY, COMPLEXITY OF CASE.

___   OTHER:

WORD