UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER GUDE, ET AL.,

           **Defendant(s).**

NOTICE OF APPEARANCE
Cr. No. 18-664 (JS)

---

John Rodriguez, an attorney in good standing, duly admitted to practice law in this Court and the Courts of the State of New York, hereby appears as Counsel for the defendant, **Christopher Gude**, in the above-captioned case.

Dated: July 23, 2020

                                          Respectfully Submitted,

                                          */s/ John Rodriguez*
                                          John Rodriguez, Esq.
                                          375 Park Avenue, Suite 2607
                                          New York, NY 10152
                                          212-634-9937
                                          jrnylaw1@gmail.com