## CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: SEYBERT,J.    DATE: 8/11/2020    TIME: 10:30

DOCKET NUMBER: CR 18-664    TITLE: USA-V-CRUZ

DEFT NAME: CHRISTOPHER GUDE    DEFT: #2
   _X_ PRESENT    ___ NOT PRESENT    _X_ IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.: JOHN RODRIGUEZ    C.J.A.
   _X_ PRESENT    ___ NOT PRESENT    _X_ RET

A.U.S.A. MICHAEL MAFFEI    DEPUTY CLERK: CHARLES BARAN

COURT REPORTER:    ___ M. FOLEY    _X_ F. GUERINO
___ P. LOMBARDI    ___ M. STEIGER    ___ D. TURSI    ___ O. WICKER

_X_ CASE CALLED. ALL COUNSEL PRESENT. PHONE CONFERENCE HELD.

_X_ CASE ADJOURNED TO 10/21/2020 AT 10:00AM FOR STATUS.

___ MOTION CONFERENCE HELD ON _____'S MOTION TO _____

___ ARGUMENT HEARD    ___ MOTION GRANTED.
___ MOTION DENIED.    ___ DECISION RESERVED.

___ DECISION ENTERED INTO THE RECORD.

_X_ SPEEDY TRIAL INFORMATION:
    CODE TYPE: X-    START DATE: 8/5/2020    XSTRT
                      STOP DATE: 10/21/2020    XSTOP

_X_ DEFT. CONTINUED IN CUSTODY.

___ DEFT. CONTINUED ON BOND.

___ JURY SELECTION & TRIAL SCHEDULED FOR _____

___ MOTIONS TO BE MADE BY _____

___ RESPONSE BY GOVERNMENT BY _____

___ REPLY IF ANY BY _____

_X_ OTHER: SPEEDY TRIAL TIME EXCLUDED DUE TO DISCOVERY.
WORD