UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
100 FEDERAL PLAZA
CENTRAL ISLIP, NY 11722
(631) 712-6000

**FILED**
**CLERK**

4/13/2023 11:56 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

RE: 18-cr-00664 USA v. Christopher Gude

To whom it may concern,

The enclosed LETTER is being returned without docketing or consideration for the following reason(s):

(　) The docket number and judge's initials are missing.

(　) Your signature is required on all papers filed with the Court. Please sign wherever an "X" appears.

(　) These papers appear to be intended for another court or agency.

(　) Papers cannot be filed without indicating that they have been served on all parties in your action, or their attorneys. This office *will not* forward copies of your papers to other parties or their counsel. An Affirmation of Service form is enclosed.

(　) Your papers do not meet the minimum requirements for:

　　(　) Legibility: please type or print clearly.
　　(　) Language: only English is acceptable.
　　(　) Form or Content: See forms/instructions enclosed.
　　(　) Please indicate the documents you served on your affirmation of service.
　　(　) Other:

(　) This Court will only accept papers on 8 1/2 by 11 paper. Note that this does not include exhibits.

(　) Pursuant to Local Civil Rules 5.1, discovery materials are not filed with the Court except by Order of the Court.

(　) Your Notice of Appeal has been processed, and your case is closed. Your papers should be directed to:

　　United States Court of Appeals for the Second Circuit
　　Thurgood Marshall U. S. Courthouse
　　40 Foley Square
　　New York, NY 10007

( **X** ) Our records indicate that you are represented by an attorney. As such, you may not file papers or communicate directly with the Court. Please refer this matter to your attorney.

(　) The Court cannot act on your submission(s). To the extent that it is your intent to start a new action, please see the enclosed form(s).

(　) The correct fee of　$ _____ .

(　) Other:

　　　　　　　　　　　　　　　　　　　　　　　　BRENNA B. MAHONEY
　　　　　　　　　　　　　　　　　　　　　　　　*CLERK OF COURT*

Date: 4/13/2023　　　　　　　　　　　　　　By: /s/ Pro Se Department (GO)